UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 12-0024 CW |
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| BRENT ANTHONY STOKES, | |
| Defendant(s). | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on March 27, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. IBM Thinkpad T43, Serial No. 29R7077;

b. IBM Thinkpad T22, Serial No. 78-NNLDH;

c. Dell Laptop, Serial No. 7YCX2L1;

d. Seagate 320GB Hard Drive, Serial No. 2GE15BID;

e. Desktop Computer, Serial No. 20270779-0081;

f. Canon Pixma Multifunction Printer, Serial No. K10310;

1  g.  HP PSC 2355 Multifunction Printer, Serial No. MY48CC127RQ5786A;
2  h.  Canon I900D, Serial No. K10234;
3  i.  Epson Stylus Photo R340 Printer, Serial No. GXWK145217;
4  j.  Dell 968W Multifunction Printer, Serial No. ORU718;
5  k.  Fellowes DM65C Shredder, Serial No. DM65C020921E10181764;
6  l.  Western Digital My Passport Hard Drive, Serial No. WX80AC9P1313; and
7  m.  CANADA210 Thumbdrive, Serial No. 831486-0000[1/],

pursuant to Title 18, United States Code, Section 492 and Title 18, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that this Court retains jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

///
///
///

---

[1/] The USAO has become aware, through the seizing agency USSS, that there was a KORG 16MB Memory Card that was inadvertently omitted from the plea agreement, which was used to facilitate the crime, thus forfeitable to the United States.

1  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
2  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
3  the time of sentencing and shall be made part of the sentence and included in the judgment.
4  IT IS SO ORDERED this  24th  day of  August  2012.

_____
CLAUDIA WILKEN
United States District Judge